The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID DEMARIUS ROUTE,<br><br>Defendant. | NO. CR17-0302 RSM<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the United States' Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED for the reasons set forth in the motion. In order to permit the government to adequately and fully respond to the factual and legal issues raised in the defendant's Motion for Reduction in Sentence (Doc. 78), the Court will permit the United States to file its response pleading at a length greater than twelve pages.

//

//

//

Order Granting Motion to File Response in Excess of Twelve Pages
U.S. v. David Demarius Route, CR17-00302 RSM -1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 20th day of April, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Order Granting Motion to File Response in Excess of Twelve Pages
U.S. v. David Demarius Route, CR17-00302 RSM -2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970