Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Nos. 2:17-CR-00302-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO FILE MEDICAL RECORDS EXHIBIT UNDER SEAL |
| DAVID ROUTE, | |
| Defendant. | |

The Honorable Ricardo S. Martinez, having reviewed the defendant's motion to file his medical records exhibit under seal and finding good cause shown;

NOW THEREFORE it is ordered that the motion to file medical records exhibit under seal is granted for the reasons set forth in the motion.

DATED this 7th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kathleen A. Shea
Kathleen A. Shea – WSBA 42634
Luminata, PLLC
2033 Sixth Avenue, Suite 901
Seattle, WA 98121
(206) 552-9234
kate@luminatalaw.com

ORDER – FILE UNDER SEAL
2:17-CR-00302-RSM
1
Luminata, PLLC
2033 Sixth Avenue, Suite 901
Seattle, WA 98121
(206) 552-9234
kate@luminatalaw.com